# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

―――――

No. 16-11034
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 18, 2017

Lyle W. Cayce
Clerk

―――――

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WESLEY SHEA WARD,

Defendant-Appellant

―――――――――――

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 6:15-CR-32-1

―――――――――――

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Wesley Shea Ward has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ward has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

―――――

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-11034

appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.